IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:20-cv-00387-LCB-LPA

| | |
|---|---|
| CLORINDA MEARIDY, on behalf of herself and all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) |
| NTHRIVE SOLUTIONS, INC., | ) ) ) |
| *Defendant.* | ) ) ) |

**JOINT NOTICE TO ADVISE THE COURT THAT THE PARTIES HAVE REACHED A SETTLEMENT AGREEMENT TO RESOLVE ALL CLAIMS AT ISSUE IN THIS LITIGATION**

NOW COME the Parties, jointly, by and through their counsel, to advise the Court that following the Parties' December 22, 2020 mediation, the Parties have reached a settlement agreement in principle, to be finalized in a formal, written settlement agreement, within the next thirty (30) days, to resolve the named plaintiff's, opt-in plaintiffs', and Rule 23 class members' class-wide claims pursuant to the Fair Labor Standards Act ("FLSA") and North Carolina Wage and Hour Act ("NCWHA") and Rule 23 of the Federal Rules of Civil Procedure. Named Plaintiff will submit an agreed upon Unopposed Motion for Preliminary Approval of Class-Wide Settlement, Proposed Settlement Agreement, and all other related documents to the Court, within thirty (30) days from the date of this filing or January 22, 2021.

Respectfully submitted, this December 23, 2020.

| */s/ Gilda A. Hernandez* | */s/ Nicholas S. Hulse* |
|---|---|
| Gilda A. Hernandez (NCSB No.: 36812)<br>Charlotte C. Smith (NCSB No.: 53616)<br>Robert W.T. Tucci (NCSB No.: 55014)<br>THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC<br>1020 Southhill Dr., Ste. 130<br>Cary, NC 27513<br>Tel: (919) 741-8693<br>Fax: (919) 869-1853<br>ghernandez@gildahernandezlaw.com<br>csmith@gildahernandezlaw.com<br>rtucci@gildahernandezlaw.com<br><br>*Attorneys for Plaintiffs* | Nicholas S. Hulse<br>NC Bar No. 54603<br>FISHER & PHILLIPS LLP<br>227 West Trade Street, Suite 2020<br>Charlotte, NC 28202<br>Telephone: (704) 778-4183<br>nhulse@fisherphillips.com<br><br>Edward N. Boehm, Jr.<br>*Pro Hac Vice Pending*<br>FISHER & PHILLIPS LLP<br>1075 Peachtree Street NE, Suite 3500<br>Atlanta, GA 30309<br>Tel: 404-231-1400<br>Fax: 404-240-4249<br>tboehm@fisherphillips.com<br><br>*Attorneys for Defendant* |

2

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, the foregoing was served in accordance with the Federal Rules of Civil Procedure on the following:

Nicholas S. Hulse
NC Bar No. 54603
FISHER & PHILLIPS LLP
227 West Trade Street, Suite 2020 Charlotte, NC 28202
Telephone: (704) 778-4183 nhulse@fisherphillips.com

Edward N. Boehm, Jr.
*Pro Hac Vice Pending*
FISHER & PHILLIPS LLP
1075 Peachtree Street NE, Suite 3500 Atlanta, GA 30309
Tel: 404-231-1400
Fax: 404-240-4249
tboehm@fisherphillips.com

*Attorneys for Defendant*

Respectfully submitted,
*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No.: 36812)
Charlotte C. Smith (NCSB No.: 53616)
Robert W.T. Tucci (NCSB No.: 55014)
THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC
1020 Southhill Dr., Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com
rtucci@gildahernandezlaw.com

*Attorneys for Plaintiffs*