IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:20-cv-00387 -LCB-LPA

| | |
|---|---|
| CLORINDA MEARIDY, on behalf of herself and all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| NTHRIVE SOLUTIONS, INC., | ) ) |
| *Defendant.* | ) ) ) |

## <u>PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS; APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL; APPROVAL OF SETTLEMENT ADMINISTRATOR; AND APPROVAL OF PLAINTIFF'S NOTICE OF SETTLEMENT</u>

Pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), and based on the accompanying memorandum of law, Plaintiff respectfully moves this Court, consistent with the Parties' Stipulation and Settlement Agreement, to (1) provisionally grant preliminary approval of the proposed class and collective action settlement (the Parties' "Stipulation and Settlement Agreement"); (2) provisionally certify the settlement class; (3) appoint Plaintiff's Counsel as Class Counsel; (4) approve the appointment of Angeion Group LLC, as settlement administrator; and (5) approve the proposed notice of the settlement and claim forms. The Parties' Stipulation and Settlement Agreement, proposed notice, and proposed order are submitted herewith.

Counsel for Plaintiff has conferred with counsel for Defendant and, consistent with

the agreement in the Parties' Stipulation and Settlement Agreement, Defendant does not oppose the instant motion.

Respectfully submitted this January 29, 2021.

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No.: 36812)
Charlotte C. Smith (NCSB No.: 53616)
Robert W.T. Tucci (NCSB No.: 55014)
THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC
1020 Southhill Dr., Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com
rtucci@gildahernandezlaw.com

*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2021, I electronically filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS; APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL; APPROVAL OF SETTLEMENT ADMINISTRATOR; AND APPROVAL OF PLAINTIFF'S NOTICE OF SETTLEMENT** with the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to the following:

Nicholas S. Hulse
NC Bar No. 54603
FISHER & PHILLIPS LLP
227 West Trade Street, Suite 2020 Charlotte, NC 28202
Telephone: (704) 778-4183 nhulse@fisherphillips.com

Edward N. Boehm, Jr.
*Pro Hac Vice*
FISHER & PHILLIPS LLP
1075 Peachtree Street NE, Suite 3500 Atlanta, GA 30309
Tel:  404-231-1400
Fax:  404-240-4249
tboehm@fisherphillips.com

*Attorneys for Defendant*

/s/ Gilda Adriana Hernandez
Gilda A. Hernandez (NCSB No.: 36812)
Charlotte C. Smith (NCSB No.: 53616)
Robert W.T. Tucci (NCSB No.: 55014)
THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC
1020 Southhill Dr., Ste. 130
Cary, NC 27513

Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com
rtucci@gildahernandezlaw.com

*Attorneys for Plaintiffs*