IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CLORINDA MEARIDY, on behalf of herself and all others similarly situated,   )<br>)<br>)<br>Plaintiff,   )<br>)    1:20CV387<br>v.   )<br>)<br>NTHRIVE SOLUTIONS, INC.,   )<br>)<br>Defendant.   )<br>) | |

**MEMORANDUM OPINION AND ORDER**

LORETTA C. BIGGS, District Judge.

The matter before the Court is a Motion for Conditional Certification of a Collective Action pursuant to the Fair Labor Standards Act filed by Plaintiff, Clorinda Mearidy. (ECF No. 10.) The parties named above have entered into a Settlement Agreement of Class and Collective Action and Release of Claims ("Settlement Agreement"), which is intended to resolve claims asserted in this action by Plaintiff. (ECF No. 25-1.) Accordingly, the Court conditionally certifies the Settlement Collective Action pursuant to Section 16(b) of the FLSA, for settlement purposes only, as outlined in the Settlement Agreement.

Based on the above, the Court enters the following:

**ORDER**

IT IS THEREFORE ORDERED that the Motion for Conditional Certification of a Collective Action is GRANTED.

This, the 16th day of August 2021.

/s/ Loretta C. Biggs
United States District Judge