IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CLORINDA MEARIDY, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NTHRIVE SOLUTIONS, INC., )<br>)<br>Defendant. ) | 1:20CV387 |

**MEMORANDUM OPINION AND ORDER**

LORETTA C. BIGGS, District Judge.

The matter before the Court is an Unopposed Motion for Preliminary Approval of Service Awards filed by Plaintiff, Clorinda Mearidy. (ECF No. 26.) The Court, having considered the pleadings and the record, finds that the proposed service awards are appropriate for preliminary approval and certification. The Court preliminarily approves a service award to Named Plaintiff Clorinda Mearidy in the amount of $15,000.00; and a service award to Opt-in Plaintiff Andrea Heidrich in the amount of $2,000.00.

Based on the above, the Court enters the following:

**ORDER**

IT IS THEREFORE ORDERED that the Motion for Preliminary Approval of Service Awards is GRANTED.

This, the 16th day of August 2021.

/s/ Loretta C. Biggs
United States District Judge