IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CLORINDA MEARIDY, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| NTHRIVE SOLUTIONS, INC., | ) ) |
| Defendant. | ) ) ) |

1:20CV387

**MEMORANDUM OPINION AND ORDER**

LORETTA C. BIGGS, District Judge.

The matter before the Court is an Unopposed Motion for Leave to Exceed the Court's Local Rule 7.3(d) Word Limitation filed by Plaintiff, Clorinda Mearidy. (ECF No. 23.) It is unclear that an exception to the word limitation was necessary in this case. Given, though, that both this motion and the motions supported by the memoranda that are in excess of the word limitation are unopposed and ripe for decision by the Court, Plaintiff's Memorandum in Support of her Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement; Provisional Certification of the Settlement Classes; Appointment of Plaintiff's Counsel; Approval of Settlement Administrator; and Approval of Plaintiff's Notice of Settlement, (ECF No. 27), may total up to 9,000 words. Plaintiff's Memorandum in Support of her Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses may total up to 8,000 words.

Based on the above, the Court enters the following:

**ORDER**

IT IS THEREFORE ORDERED that the Motion for Leave to Exceed the Court's Local Rule 7.3(d) Word Limitation is GRANTED.

This, the 16th day of August 2021.

/s/ Loretta C. Biggs
United States District Judge
