IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:20-cv-00387 -LCB-LPA

| | |
|---|---|
| CLORINDA MEARIDY, on behalf of herself and all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| NTHRIVE SOLUTIONS, INC., | ) ) |
| *Defendant.* | ) ) ) |

## **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Final Approval of the Class and Collective Action Settlement ("Motion for Final Approval"), Plaintiff respectfully requests the Court enter an Order:

(1) Granting final approval of the Parties' Stipulation of Settlement and Release (Dkt. 25-1, Exhibit A), including the class action settlement pursuant to Fed. R. Civ. P. 23 and the Fair Labor Standards Act (FLSA) collective action settlement contained therein; and

(2) Granting any other relief that the Court deems just and proper.

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto, for the Court's convenience.

Respectfully submitted this November 22, 2021

1

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Charlotte C. Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: 919 741-8693
Fax: 919 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiffs*

2

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT** with the Court using the CM/ECF system, and thereby electronically served the document to the following:

Nicholas S. Hulse
NC Bar No. 54603
**FISHER & PHILLIPS LLP**
227 West Trade Street, Suite 2020 Charlotte, NC 28202
Tel: (704) 778-4183
nhulse@fisherphillips.com

Edward N. Boehm, Jr.
*Pro Hac Vice*
**FISHER & PHILLIPS LLP**
1075 Peachtree Street NE, Suite 3500 Atlanta, GA 30309
Tel: 404-231-1400
Fax: 404-240-4249
tboehm@fisherphillips.com

*Attorneys for Defendant*

        */s/ Gilda Adriana Hernandez*
        Gilda A. Hernandez (NCSB. 36812)
        Charlotte C. Smith (NCSB No. 53616)
        **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
        1020 Southhill Dr., Ste. 130
        Cary, NC 27513
        Tel: (919) 741-8693
        Fax: (919) 869-1853
        ghernandez@gildahernandezlaw.com
        csmith@gildahernandezlaw.com

        *Attorneys for Plaintiffs*