IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CLORINDA MEARIDY, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:20CV387 |
| NTHRIVE SOLUTIONS, INC., | ) ) | |
| Defendant. | ) ) ) | |

## JUDGMENT

For the reasons set forth in the Order filed by this Court on November 30, 2021, ECF. No. 45,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion for Final Approval of the Collective and Class Action Settlement, (ECF. No. 41), is GRANTED and this case is DISMISSED.

IT IS FURTHER HEREBY ORDERED AND ADJUDGED that the Clerk's office shall terminate this matter.

This, the 11th day of January 2022.

/s/ Loretta C. Biggs
United States District Judge